UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

TERRY UDSTUEN, )
)
)
Plaintiff, )
)
)
-v- )
) C.A. NO.  6:15-cv-00004-MGL
)
LIBERTY LIFE ASSURANCE COMPANY )
OF BOSTON, )
)
)
Defendant. )
_____ )

# ORDER

This matter is before the Court on the Parties' Joint Motion to Amend the Specialized ERISA Case Management Order ("ECMO") in this matter. Having considered the motion and for good cause shown, it is **ORDERED** and **ADJUDGED** that:

1. The Parties' motion is **GRANTED**.

2. The ECMO is hereby amended, as follows:

    a. Mediation:                                July 10, 2015

    b. Cross Motions For Judgment:               August 7, 2015

    c. Replies:                                  August 13, 2015

**IT IS SO ORDERED**.

                                                                          s/Mary Geiger Lewis
                                                                          Hon. Mary Geiger Lewis
                                                                          United States District Judge

May 26, 2015
Spartanburg, South Carolina